# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY NOEL,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>ROBERT PAXTON,<br><br>　　　　　　　　　　Defendant. | CASE NO. 05CV2275 WQH(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>(D.E. 19) |

　　　　The Joint Motion for Dismissal with Prejudice is hereby **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action will be **DISMISSED WITH PREJUDICE**. The Clerk of the Court shall enter Judgment.

**IT IS SO ORDERED.**

DATED: February 1, 2007

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

05CV2275